# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO

RECEIVED & FILED
00 MAY 19 PM 2:50
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.



CIUDADANOS EN DEFENSA DEL AMBIENTE, INC., ET AL

VS.

CIVIL NO. 96-2436(JAF)

AUTORIDAD DE TIERRAS DE PR

## DESCRIPTION OF MOTION

**DATE FILED:** 12/08/99 **DOCKET #:** 33 **TITLE:** MOTION by Ciudadanos En Defensa, Ciudadanos Del Karso |to request that an Order be issued requiring deft to Show Cause why should not be adjudged in contempt of this court

**[X] Plaintiff(s)**
[ ] Defendant(s)

## O-R-D-E-R

__ GRANTED.

__ DENIED.

__ MOOT.

__ NOTED.

**OTHER:** Parties will meet and take whatever steps are needed to secure full compliance with the judgment or severe sanctions will be imposed. 20 days

5-17-00
DATE

JAF
JOSE A. FUSTE
U.S. DISTRICT JUDGE

35

4