# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO



CIUDADANOS EN DEFENSA DEL AMBIENTE,
INC., CIUDADANOS DEL KARSO, INC.

VS.

CIVIL NO. 96-2436(JAF)

AUTHORIDAD DE TIERRAS DE PUERTO RICOL

## DESCRIPTION OF MOTION

DATE FILED: 03/20/00    DOCKET #: 34    TITLE: SECOND MOTION by Ciudadanos En Defens, Ciudadanos Del Karso |to Show Cause|

[X] Plaintiff(s)
[ ] Defendant(s)

## O-R-D-E-R

__ GRANTED.

__ DENIED.

__ MOOT.

__ NOTED.

OTHER: _Same ruling as in #35._

5-17-00
DATE

JOSE A. FUSTÉ
U.S. DISTRICT JUDGE