UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO



Ciudadanos en Defensa del Ambiente, Inc., et al.

v.                                              CIVIL CASE:   96-2436 (JAF)

Autoridad de Tierras de Puerto Rico

### DESCRIPTION OF MOTION

| Date: 10/30/01 | Docket #: 38 | MOTION by All Plaintiffs | for Sanctions| and | for Status Conference | |
| By: All Plaintiffs | | |

### O-R-D-E-R

☐ GRANTED

☐ DENIED

☐ NOTED

☐ MOOT

OTHER: _The hearing will be held on Jan 31, 02, 1:30 P.M._

1-14-02
Date

Jose A. Fuste
United States District Judge