UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO



Ciudadanos en Defensa del Ambiente, Inc., et al.

v.

Autoridad de Tierras de Puerto Rico

CIVIL CASE: 96-2436 (JAF)

RECEIVED & FILED
02 FEB 11 PM 3:11
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN P.R.

## DESCRIPTION OF MOTION

| Date: 2/5/02 | Docket #: 44 | MOTION by Autoridad de Tierras |for Reconsideration of civil sanctions| |
|---|---|---|
| By: Defendant | | |

### O-R-D-E-R

☐ GRANTED

☒ DENIED

☐ NOTED

☐ MOOT

OTHER:

_____
2/8/2002
Date

_____
José A. Fuste
United States District Judge

46