UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO



Ciudadanos en Defensa del Ambiente, Inc. and

Ciudadanos del Karso, Inc.
v.

Autoridad de Tierras de Puerto Rico

CIVIL CASE:   96-2436 (JAF)

### DESCRIPTION OF MOTION

| Date: 5/31/02 | Docket #: -- | Motion for Stay of Sanctions. |
| By:  Joint Motion | | |

### O-R-D-E-R

We will not suspend the penalty that we imposed against Defendant on February 8, 2002.

If the parties sign the conservation easement deed within twenty days from the date of

this order, this court will remit to Defendant the penalty paid for those twenty days.

June 3/02.
Date

Jose A. Fuste
United States District Judge