UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

| | |
|---|---|
| CIUDADANOS EN DEFENSA DEL AMBIENTE, INC. and CIUDADANOS DEL KARSO, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>AUTORIDAD DE TIERRAS DE PUERTO RICO,<br><br>Defendant. | Civil No. 96-2436 (JAF) |

**ORDER**

On June 3, 2002, we entered an Order, Docket Document No. 59, stating that the contempt sanctions imposed against defendant on February 8, 2002, would not be suspended or modified. On that occasion, the court stated its willingness to remit to defendant the penalty paid for twenty days if the conservation easement deed was signed before June 24, 2002.

The wetland conservation easement deed was signed on June 25, 2002, and, therefore, late. There will be no remission under these circumstances. These sanctions are related to the defendant's contempt and, as such, will not be returned.

The following documents are now moot: Docket Document Nos. 48-50, 52, 54, 56, and 60-62.

**IT IS SO ORDERED.**

San Juan, Puerto Rico, this 30th day of July, 2002.

JOSE ANTONIO FUSTE
U. S. District Judge