# UNITED STATES DISTRICT COURT
# DISTRICT OF PUERTO RICO



CIUDADANOS EN DEFENSA DEL
AMBIENTE, INC.; CIUDADANOS
DEL KARSO, INC.

    VS.                        CIVIL NO. 96-2436 (JAF)

AUTORIDAD DE TIERRAS DE
PUERTO RICO

## DESCRIPTION OF MOTION

DATE FILED: 9/10/02  DOCKET: 63   TITLE: STIPULATION ABOUT
                                          ATTORNEY'S FEES.

[X] Plffs.        [X] Defts.

### O-R-D-E-R

Approved.

IT IS SO ORDERED.

12-12-02

DATE

JOSE A. FUSTE
U.S. DISTRICT JUDGE